# COURT MINUTES

## Magistrate Judge Jonathan Goodman

King Building Courtroom 11-3     Date: 11/18/2024   Time: 10:00 a.m.

---

**Defendant:** Gustavo Alfonso Castano    **J#:** 13915-506    **Case #:** 24-20463-CR-ALTMAN

**AUSA:** Brianna Coakley      **Attorney:** Philip Reizenstein (PERM)

**Violation:** Kidnapping Resulting in Death

**Proceeding:** Report Re: Counsel/Arraignment    **CJA Appt:**

**Bond/PTD Held:** ☐ Yes   ☐ No    **Recommended Bond:**

**Bond Set at:** *Pretrial Detention*    **Co-signed by:**

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or _____ x's a week/month by phone: _____ x's a week/month in person
- ☐ Random urine testing by Pretrial Services Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew _____ pm to _____ am, paid by _____
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: _____
- ☐ Other: _____

**Language:** English

**Disposition:**
**Brady Order given.** Defense Counsel filed a permanent Notice of Appearance (*Provisional appointment pending if the AUSA will request Death Penalty in this case, which will result in new Counsel appointment*) in open court. Defendant Arraigned. Reading of Indictment Waived. Not Guilty plea entered. Jury trial demanded. Standing Discovery Order requested.

Time from today to _____ excluded from Speedy Trial Clock

---

**NEXT COURT APPEARANCE**    Date:    Time:    Judge:    Place:

Report RE Counsel:

PTD/Bond Hearing:

Prelim/Arraign or Removal:

Status Conference RE:

**D.A.R.** JG-10:00:31      **Time in Court:** 5 mins.