UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _24-20463 CR Altman_

UNITED STATES OF AMERICA,
        Plaintiff,

v.

_GUSTAVO ALFonSO CustanO_

        Defendant.
_____/

**NOTICE OF PERMANENT
APPEARANCE AS COUNSEL
OF RECORD**

COMES NOW _Philip Reitenstein_, and files this appearance as counsel for the above named defendant(s). Counsel agrees to represent the defendant(s) for all proceedings arising out of the transaction with which the defendant(s) is/are presently charged in the United States District Court in and for the Southern District of Florida.

Counsel hereby states that this appearance is unconditional and in conformity with the requirements of Local General Rule 16 and the Special Rules Governing the Admission and Practice of Attorneys.

Counsel acknowledges responsibility to advise the defendant(s) of the right of appeal, to file a timely notice of appeal if requested to do so by the defendant(s), and to pursue that appeal unless relieved by Court Order.

**FEE DISPUTES BETWEEN COUNSEL AND CLIENT SHALL NOT BE A BASIS FOR WITHDRAWAL FROM THIS REPRESENTATION.**

DATED: _11/18/2024_

    Attorney: _Philip L Reitenstein_
    Address: _2828 Coral Way #540_
    City _Miami_ State _FL_ Zip Code _33145_
    Telephone _(305) 926-0218_
    Florida Bar Number: _Phil@ReitensteinLaw.Com_

The undersigned defendant(s) hereby consent(s) to the representation of the above counsel.

_____

_____

_____